Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*). You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s): 13-55118

Case Name: Browne, et al. v. Groupon, Inc. et al.

The Clerk will enter my appearance as counsel on behalf of: Padraigin Browne

- [x] Appellant
- [ ] Petitioner
- [ ] Amicus Curiae
- [ ] Appellant/Cross-Appellee
- [ ] Appellee
- [ ] Respondent
- [ ] Intervenor
- [ ] Appellee/Cross-Appellant

- [x] Check if you are lead counsel. Lead counsel must be designated if a party is represented by more than one attorney or law firm.

- [x] Re-Assignment. (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm). Enter name of counsel you are replacing below.

I am replacing (name of counsel): Brett L. Gibbs

Signature (use "s/" format): s/ Paul R. Hansmeier    Date: 04/05/2013

Name: Paul R. Hansmeier

Firm/Office: Class Action Justice Institute LLC

Address: 40 South Seventh Street, Suite 212-313

City: Minneapolis    State: MN    Zip Code: 55402

Phone Number (including area code): 612-234-5744

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2013, I authorized the electronic filing of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted as Active on the attached Service List. I further certify that I caused to be mailed the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

DATED: April 5, 2013

                                          By:      /s/ Paul R. Hansmeier
                                                      Paul R. Hansmeier (MN Bar #387795)
                                                      CLASS ACTION JUSTICE INSTITUTE, LLC
                                                      40 South 7th Street
                                                      Suite 212-313
                                                      Minneapolis, MN 55402
                                                      Telephone: (612) 234-5744
                                                      mail@classjustice.org

**Return to Service List Page**

**Service List for Case:** 13-55118 Padraigin Browne et al v. Groupon Inc. et al

**Current Associated Cases:** none

**CAUTION:** If the word *Active* is in the **ECF Filing Status** column, then your electronic filing will constitute service to the party.
If *Not Registered*, *Exempt*, *Exemption Expired*, *Pending*, *Rejected*, or *Suspended* appears in the **ECF Filing Status** column (or it is blank), then you must service this party by US Mail.

| Contact Info | Case Number/s | Service Preference | ECF Filing Status |
|---|---|---|---|
| Jarod M. Bona<br>DLA PIPER LLP (US)<br>Suite 1700<br>401 B Street<br>San Diego, CA 92101-4297<br>Email: jarod.bona@dlapiper.com | 13-55118 | Email | Active |
| Mark Anthony Bulgarelli<br>PROGRESSIVE LAW GROUP, LLC<br>Suite 2255<br>1 North LaSalle Street<br>Chicago, IL 60602<br>Email: markb@progressivelaw.com | 13-55118 | Email | Active |
| Jonathan Stephen Burns<br>Wites & Kapetan PA<br>440 N. Federal Highway<br>Lighthouse Ppont, FL 33064 | 13-55118 | US Mail | |
| Christopher Robert Carney<br>Carney Gillespie Isitt PLLP<br>100 West Harrison St.<br>Suite N440<br>Seattle, WA 98119 | 13-55118 | US Mail | |
| Todd D. Carpenter<br>Bonnett Fairbourn Friedman & Balint PC<br>600 West Broadway<br>Suite 900<br>San Diego, CA 92101<br>Email: tcarpenter@bffb.com | 13-55118 | Email | Active |
| Dana E. Deering<br>Parry Deering Futscher & Sparks PSC<br>411 Garrard St.<br>p.O. Box 2618<br>Covington, KY 41012-2618 | 13-55118 | US Mail | |
| Christopher M. Ellis<br>Bolen Robinson & Ellis<br>2nd Floor<br>202 South Frankin St.<br>2nd Floor<br>Decatur, IL 62523<br>Email: cellis@brelaw.com | 13-55118 | Email | Active |
| David A. Futscher<br>Parry Deering Futscher & Sparks PSC | 13-55118 | US Mail | |

| | | | |
|---|---|---|---|
| 411 Garrard St.<br>p.O. Box 2618<br>Covington, KY 41012-2618 | | | |
| Brett Langdon Gibbs<br>Steele Hansmeier PLLC<br>38 Miller Avenue #263<br>Mill Valley, CA 94941<br>Email: brett.gibbs@gmail.com | 13-55118 | Email | Active |
| Sean P. Gillespie<br>Carney Gillespie Isitt PLLP<br>100 West Harrison St.<br>Suite N440<br>Seattle, WA 98119 | 13-55118 | US Mail | |
| Kevin Kamuf Green<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>Suite 1900<br>655 West Broadway<br>San Diego, CA 92101-8498<br>Email: kgreen@rgrdlaw.com | 13-55118 | Email | Active |
| Clayton D. Halunen<br>Halulen & Associates<br>1650 IDS Center<br>80 South Eighth St.<br>Minneapolis, MN 55402 | 13-55118 | US Mail | |
| Kenneth Hinton<br>2200 Wilson Blvd.<br>Suite 102-004<br>Arlington, VA 22201 | 13-55118 | US Mail | |
| Robert Brent Irby<br>McCallum Hoagulund Cook & Irby LLP<br>905 Montgomery Highway<br>Suite 201<br>Vestavia Hills, AL 35215 | 13-55118 | US Mail | |
| Kenan Isitt<br>Carney Gillespie Isitt PLLP<br>100 West Harrison St.<br>Suite N440<br>Seattle, WA 98119<br>Email: kenan.isitt@cgilaw.com | 13-55118 | Email | Active |
| Matthew J. Iverson<br>DLA Piper LLP<br>33 Arch St.<br>26th Floor<br>Boston, MA 02110 | 13-55118 | US Mail | |
| Rachel L. Jensen<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>Suite 1900<br>655 West Broadway<br>San Diego, CA 92101-8498<br>Email: rachelj@rgrdlaw.com | 13-55118 | Email | Active |
| E.G. Johnson | 13-55118 | US Mail | |

| | | | |
|---|---|---|---|
| 2929 Schoolhouse Circle<br>Silver Sping, MD 20902 | | | |
| Michael A. Johnson<br>Michael A. Johnson & Associates<br>415 North LaSalle St.<br>Suite 602<br>Chicago, IL 60612 | 13-55118 | US Mail | |
| Noah Katsell<br>DLA PIPER LLP (US)<br>Suite 1700<br>401 B Street<br>San Diego, CA 92101-4297<br>Email: noah.katsell@dlapiper.com | 13-55118 | Email | Active |
| Stellman Keehnel<br>DLA PIPER US, LLP<br>Suite 7000<br>701 Fifth Avenue<br>Seattle, WA 98104-7044<br>Email: stellman.keehnel@dlapiper.com | 13-55118 | Email | Active |
| Charles LaDuca<br>CUNEO GILBERT & LADUCA, LLP<br>507 "C" St. NE<br>Washington, DC 20002<br>Email: charlesl@cuneolaw.com | 13-55118 | Email | Active |
| Anthony Darrell Lehman<br>DLA Piper LLP (US)<br>1201 West Peachtree St.<br>Suite<br>Atlanta, GA 30309 | 13-55118 | US Mail | |
| David Christian Lundsgaard<br>GRAHAM & DUNN, PC<br>Suite 300<br>2801 Alaskan Way<br>Seattle, WA 98121<br>Email: dlundsgaard@grahamdunn.com | 13-55118 | Email | Active |
| Michael Andrew McShane<br>Audet & Partners, LLP<br>221 Main Street<br>Suite 1460<br>San Francisco, CA 94105<br>Email: mmcshane@audetlaw.com | 13-55118 | Email | Active |
| Thomas R. Merrick<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>Suite 1900<br>655 West Broadway<br>San Diego, CA 92101-8498<br>Email: tmerrick@rgrdlaw.com | 13-55118 | Email | Active |
| Sara Z. Moghadam<br>DLA Piper LLP<br>500 Eigth Street, NW<br>Washington, DC 20004 | 13-55118 | US Mail | |

| Name / Address | Case | Method | Status |
|---|---|---|---|
| Jason Moore<br>Van Eyk & Moore<br>100 W. Harrison St.<br>Suite N-440<br>Seattle, WA 98119 | 13-55118 | US Mail | |
| Derek Alan Newman<br>Newman \| Du Wors LLP<br>Suite 1600<br>1201 Third Avenue<br>Seattle, WA 98101<br>Email: derek@newmanlaw.com | 13-55118 | Email | Active |
| Julio Joaquin Ramos Jr.<br>Law Offices of Julio Ramos<br>35 Grove Street Suite 107<br>San Francisco, CA 94102<br>Email: ramosfortrustee@yahoo.com | 13-55118 | Email | Active |
| Joseph Anton Roselius<br>DLA PIPER US, LLP<br>Suite 1900<br>203 N. LaSalle St.<br>Chicago, IL 60601 | 13-55118 | US Mail | |
| Elaine A. Ryan<br>Bonnett Fairbourn Friedman & Balint PC<br>2325 E. Camelback Road<br>Suite 300<br>Phoenix, AZ 85016<br>Email: eryan@bffb.com | 13-55118 | Email | Active |
| Charles E. Schaffer<br>Levin Fishbein Sedran & Berman<br>510 Walnut St.<br>Suite 500<br>Philadelphia, PA 19106<br>Email: Cschaffer@lfsblaw.com | 13-55118 | Email | Active |
| Myles A. Schneider<br>Myles A. Schneider & Associates LTD<br>710 Dodge Ave. NW<br>Suite A<br>Elk River, MN 55330 | 13-55118 | US Mail | |
| John J. Stoia Jr.<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>Suite 1900<br>655 West Broadway<br>San Diego, CA 92101-8498<br>Email: johns@rgrdlaw.com | 13-55118 | Email | Active |
| Brian R. Strange<br>STRANGE & CARPENTER<br>Suite 1900<br>12100 Wilshire Boulevard<br>Los Angeles, CA 90025<br>Email: lacounsel@earthlink.net | 13-55118 | Email | Active |
| Stephen A. Swedlow<br>Korein Tillery LLC<br>205 N. Michigan Ave. | 13-55118 | US Mail | |

| | | | |
|---|---|---|---|
| 233 N. Michigan Ave.<br>Suite 1940<br>Chicago, IL 60601 | | | |
| Patricia N. Syverson<br>Bonnett Fairbourn Friedman & Balint PC<br>2325 E. Camelback Road<br>Suite 300<br>Phoenix, AZ 85016<br>Email: psyverson@bffb.com | 13-55118 | Email | Active |
| James Michael Terrell<br>McCallum, Methvin & Terrell, P.C.<br>2201 Arlington Avenue South<br>Birmingham, AL 35205 | 13-55118 | US Mail | |
| Reginald Terrell<br>The Terrell Law Group<br>P.O. Box 13315<br>PMB 148<br>Oakland, CA 94661<br>Email: reggiet2@aol.com | 13-55118 | Email | Active |
| Brendan S. Thompson<br>CUNEO GILBERT & LADUCA LLP<br>507 C Street, NE<br>Washington, DC 20002<br>Email: brendant@cuneolaw.com | 13-55118 | Email | Active |
| Edward Colin Thompson<br>DLA Piper LLP (US)<br>100 North Tampa St.<br>Suite 2200<br>Tampa, FL 33602 | 13-55118 | US Mail | |
| Phong L. Tran<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>Suite 1900<br>655 West Broadway<br>San Diego, CA 92101-8498<br>Email: ptran@rgrdlaw.com | 13-55118 | Email | Active |
| Shaun Van Eyk<br>Van Eyk & Moore<br>100 W. Harrison St.<br>Suite N-440<br>Seattle, WA 98119 | 13-55118 | US Mail | |
| Shawn J. Wanta<br>Baillon Thome Jozwiak & Wanta LLP<br>222 South Ninth St.<br>Suite 2955<br>Minneapolis, MN 55402<br>Email: sjwanta@baillonthome.com | 13-55118 | Email | Active |
| Shirli Fabbri Weiss<br>DLA PIPER LLP (US)<br>Suite 1700<br>401 B Street<br>San Diego, CA 92101-4297<br>Email: shirli.weiss@dlapiper.com | 13-55118 | Email | Active |

| | | | |
|---|---|---|---|
| Marc Aaron Wites<br>Wites & Kapetan PA<br>440 N. Federal Highway<br>Lighthouse Ppont, FL 33064 | 13-55118 | US Mail | |
| Christopher Young<br>DLA PIPER LLP (US)<br>401 B Street<br>San Diego, CA 92101-4297<br>Email: christopher.young@dlapiper.com | 13-55118 | Email | Active |