Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*). You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s): 13-55118

Case Name: Browne, et al.   v.   Groupon, Inc. et al.

The Clerk will enter my appearance as counsel on behalf of: Padraigin Browne

☒ Appellant   ☐ Petitioner   ☐ Amicus Curiae   ☐ Appellant/Cross-Appellee
☐ Appellee    ☐ Respondent  ☐ Intervenor     ☐ Appellee/Cross-Appellant

☒ Check if you are lead counsel. Lead counsel must be designated if a party is represented by more than one attorney or law firm.

☒ Re-Assignment. (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm). Enter name of counsel you are replacing below.

I am replacing (name of counsel): Paul R. Hansmeier

Signature (use "s/" format): /s/ Nathan Wersal    Date: 05-31-13

Name: Nathan Wersal

Firm/Office: Class Action Justice Institute LLC

Address: 40 S. 7th St. Ste. 212-313

City: Minneapolis   State: MN   Zip Code: 55402

Phone Number (including area code): (763) 257-9219

9th Circuit Case Number(s) | 13-55118

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*********************************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | _____

*********************************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) 05-31-13.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

James Michael Terrell, Dana E. Deering, David A. Futscher, Myles A. Schneider, Clayton D. Halunen, Michael A. Johnson, Marc A. Wites, Jonathan S. Burns, Stephen A. Swedlow, Christopher R. Carney, Sean P. Gillespie, Shaun Van Eyk, Jason Moore, Robert Brent Irby, Kenneth Hinton, and E.G. Johnson.

Signature (use "s/" format) | /s/ Nathan Wersal