Paul R. Hansmeier (MN Bar #387795)
Class Action Justice Institute LLC
40 South 7th Street
Suite 212-313
Minneapolis, MN 55402
612-234-5744
mail@classjustice.org
*Attorney for Objector - Appellant Padraigin Browne*

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: GROUPON MARKETING AND SALES PRACTICES LITIGATION, | No. 13-55118 <br><br> D.C. No. 3:11-md-02238-DMS-RBB <br> U.S. District Court for Southern California, San Diego |
| ANTHONY FERREIRA, et al., <br><br> *Plaintiffs – Appellees*, <br><br> v. <br><br> PADRAIGIN BROWNE, <br><br> *Objector - Appellant*, <br><br> v. <br><br> GROUPON, INC., et al., <br><br> *Defendants - Appellees.* | **NOTICE OF WITHDRAWAL;** and <br><br> **DECLARATION OF PAUL R. HANSMEIER** |

Pursuant to the Ninth Circuit's recent order (Dkt. No. 16), attorney Paul R. Hansmeier hereby files this notice of withdrawal. In compliance with the order, the attached Declaration of Paul R. Hansmeier attests that Hansmeier has informed Petitioner Browne that he cannot represent Browne and that Browne may obtain new counsel. Because a notice of substitution has been filed by the time of this notice of withdrawal, this notice does not contain Petitioner Browne's personal contact information.

/s/ Paul R. Hansmeier
Paul R. Hansmeier (MN Bar #387795)
Class Action Justice Institute LLC
40 South 7th Street
Suite 212-313
Minneapolis, MN 55402
612-234-5744
mail@classjustice.org
*Attorney for Objector - Appellant Padraigin Browne*

# DECLARATION OF PAUL R. HANSMEIER

I, Paul R. Hansmeier, declare that:

1. I am an attorney admitted to practice before all the Courts of the State of Minnesota and the U.S. District Court for the District of Minnesota. I have personal knowledge of the facts as set forth herein and if called upon to testify thereto, could competently do so.

2. This Declaration is made in support of my notice of withdrawal.

3. I have informed Petitioner Browne that I cannot represent her in this court and that she may obtain new counsel or represent herself.

4. A notice of substitution of counsel has been filed by the time I filed by notice of withdrawal.

I declare under penalty of perjury, under the laws of the State of Minnesota and the United States of America, that the foregoing is true and correct. Executed this 31st day of May, 2013, in Minneapolis, Minnesota.

/s/ Paul R. Hansmeier
Paul R. Hansmeier